IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN WILSON,

    Plaintiff,                        No. CIV S-06-0830 ALA P

    vs.

C/O MARTIN, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff Melvin Wilson is proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  On August 10, 2007, this court denied a motion by defendants to declare Mr. Wilson a vexatious litigant.  That motion was denied without prejudice.  Defendants have now filed an amended motion seeking an order pursuant to Rule 65.1-151(b) to declare Mr. Wilson a vexatious litigant under federal and state law and ordering Mr. Wilson to post a security bond in order to continue with this action.  Mr. Wilson has filed an opposition to defendants motion.

        Eastern District Local Rule 65.1-151(b) provides in relevant part that "[t]he provisions of Title 3A, part 2, of the California Code of Civil Procedure, relating to vexatious litigants, are

1

1  hereby adopted as a procedural Rule of this Court on the basis of which the Court may order the

2  giving of security, bond or undertaking . . .." Upon a motion for such an order, the California

3  Code of Civil Procedure provides that:

> [i]n any litigation pending in any court...a defendant may move the court...for an order requiring the plaintiff to furnish security. The motion must be based upon the ground, and supported by a showing, that the plaintiff is a vexatious litigant and that there is not a reasonable probability that he will prevail in the litigation against the moving defendant.

CAL. CIV. PRO. CODE § 391.1.

Defendants contend that Mr. Wilson should be declared a vexatious litigant under section 391(b)(1) because in the preceding seven year period, Mr. Wilson has commenced at least five litigations in propria persona that have been finally determined adversely to him. Defendants however provide no argument that there is not a reasonable probability that Mr. Wilson will prevail in this litigation. As such, this court will not order Plaintiff to give a security bond under Local Rule 65.1-151(b).

Accordingly, IT IS HEREBY ORDERED that Defendants motion to declare Mr. Wilson a vexatious litigant is DENIED without prejudice.[1]

/////

DATED: October 3, 2007

                                      /s/ Arthur L. Alarcón  
                                      UNITED STATES CIRCUIT JUDGE  
                                      Sitting by Designation

---

[1] While it is true that Local Rule 65.1-151(b) adopted California's Vexatious Litigant statute, vexatious litigant motions are disfavored by the court in light of the more recent passage of an applicable federal statute, 28 U.S.C. § 1915(g), the so called "three-strikes" provision.