IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN WILSON,

        Plaintiff,                          No. CIV S-06-0830 ALA P

   vs.

C/O MARTIN, et al.,

        Defendants.                 <u>ORDER</u>

_____/

      Plaintiff Melvin Wilson is proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.

      On August 10, 2007, this court denied a motion by Defendants to declare Mr. Wilson a vexatious litigant. That motion was denied without prejudice. On September 10, 2007, Defendants filed an amended motion seeking an order pursuant to Rule 65.1-151(b) to declare Mr. Wilson a vexatious litigant under federal and state law and ordering Mr. Wilson to post a security bond in order to continue with this action. That motion was denied on October 4, 2007. Defendants have not filed any other responsive pleadings. Defendants are now directed to file a responsive pleading to Mr. Wilson's complaint.

      Accordingly, IT IS HEREBY ORDERED that Defendants shall file a responsive

1

1 | pleading within thirty-five (35) days from the date of this order.
2 | /////
3 | DATED: November 21, 2007

                         /s/ Arthur L. Alarcón
                         UNITED STATES CIRCUIT JUDGE
                         Sitting by Designation