IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L WILSON,

    Petitioner,                     No. CIV S-06-00830 ALA HC

    vs.

C/O MARTIN, et al.,

    Respondents.                  <u>ORDER</u>

_____/

    On December 10, 2007, Plaintiff Melvin Wilson filed a motion for summary judgement. Defendants are ordered to respond within thirty-five days of this order.

    **IT IS SO ORDERED.**

/////

DATED: December 13, 2007

                                           <u>/s/ Arthur L. Alarcón</u>
                                           UNITED STATES CIRCUIT JUDGE
                                           Sitting by Designation