IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L WILSON,

      Plaintiff,                       No. CIV S-06-00830 ALA P

      vs.

C/O MARTIN, et al.,

      Defendants                <u>ORDER</u>

_____/

      On February 26, 2008, plaintiff filed a motion for discovery. The court requests defendants file a response prior to issuing a ruling.

/////

      Therefore, IT IS HEREBY ORDERED that defendants file a response to plaintiff's February 26, 2008, motion for discovery within twenty-eight (28) days of the date of this order.

/////

DATED: February 28, 2008

                                                   <u>/s/ Arthur L. Alarcón</u>
                                                   UNITED STATES CIRCUIT JUDGE
                                                   Sitting by Designation