IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN WILSON,

        Plaintiff,                    No. CIV S-06-0830 ALA P

   vs.

C/O MARTIN, et al.,

        Defendants.            <u>ORDER</u>

_____/

      Plaintiff Melvin Wilson is proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On March 25, 2008, defendants filed a response to plaintiff's February 26, 2008, request for discovery.  The court asks plaintiff to reply to defendant's response within fourteen (14) days.

      Accordingly, IT IS HEREBY ORDERED that plaintiff file a response to defendant's March 25, 2008, discovery response within fourteen (14) days from the date of this order.

/////

DATED: March 28, 2008

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT  JUDGE
                                            Sitting by Designation

1