IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. WILSON,

       Plaintiff,                        Case No. 2: 06-cv-00830 ALA (P)

   vs.

C/O MARTIN, et al.,

       Defendants.               **ORDER**

_____/

     On April 3, 2008, Plaintiff filed a Response to this Court's Order (doc. 42). (doc. 43). Plaintiff claimed that he did not receive Defendants' responses to Plaintiff's Motion for Discovery, (doc. 39), and thus was unable to comply with this Court's aforementioned Order.

     Good cause appearing, **IT IS HEREBY ORDERED** that:

     1. Defendants re-serve their responses to Plaintiff's Motion for Discovery no later than April 28, 2008. Defendants' responses should be mailed to Plaintiff's updated address: Mr. Melvin L. Wilson, P.O. Box 245, Oroville, California, 95965; and

     2. Plaintiff file a response to Defendant's discovery responses no later than May 15, 2008.

DATED: April 22, 2008                    /s/ Arthur L. Alarcón
                                                        UNITED STATES CIRCUIT JUDGE
                                                        Sitting by Designation