1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MELVIN L. WILSON,

11          Plaintiff,                    Case No. 2:06-cv-00830 ALA (P)

12      vs.

13   MARTIN, et al.,

14          Defendants.              **ORDER**

15   _____/

16        On December 10, 2007, Plaintiff filed a Motion for Summary Judgment.  In response, on

17   December 26, 2007, Defendants filed an Opposition. (doc. 30).

18        Accordingly, **IT IS HEREBY ORDERED** that Plaintiff file a Reply to Defendants'

19   Opposition on or before May 7, 2008.

20   DATED: April 24, 2008

21                                        /s/ Arthur L. Alarcón

22                                        UNITED STATES CIRCUIT  JUDGE

23                                        Sitting by Designation

24
25
26

                                        1