IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. WILSON,

      Plaintiff,                      Case No. 06-cv–00830 ALA (P)

      vs.

MARTIN, et al.,

      Defendants.              ORDER

_____/

///

      Melvin Wilson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Before this Court is Mr. Wilson's motion to compel discovery responses. (Doc. 46). In response to Mr. Wilson's discovery requests, Defendants state that they cannot respond because Mr. Wilson "fail[s] to indicate which defendant the discovery request is directed." (Doc. 46, Ex. A). In his motion to dismiss, Mr. Wilson makes clear that his requests are directed to all Defendants who, the Court notes, are represented by same counsel. Therefore, Mr. Wilson's motion to compel is granted.

///

///

      Accordingly, IT IS HEREBY ORDERED that Mr. Wilson's motion to compel (Doc. 46)

1

1 is GRANTED and Defendants have fourteen days from the date of this order to respond.

2 ///

3 DATED: May 7, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation