IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. WILSON,

      Plaintiff,                    Case No. 06-cv–00830 ALA (P)

    vs.

MARTIN, et al.,

      Defendants.               ORDER

_____/

      Before this Court is Defendants' Motion for Summary Judgment. (Doc. 47). Mr. Wilson is hereby ORDERED to respond to Defendants' motion before or on June 5, 2008.

///

DATED: May 8, 2008

                                    /s/ Arthur L. Alarcón
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation