IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. WILSON,

      Plaintiff,                    Case No. 2: 06-cv-00830 ALA (P)

      vs.

C/O MARTIN, et al.,

      Defendants.               **ORDER**

      On April 24, 2008, this Court ordered Plaintiff Melvin Wilson to file a response to Defendants' Opposition to Plaintiff's Motion for Summary Judgment. (Doc. 45).   Plaintiff subsequently filed a response informing this Court that he did not receive Defendants' Opposition.

      Good cause appearing, **IT IS HEREBY ORDERED** that:

      1. The Clerk of this Court serve Plaintiff with a copy of Defendants' Opposition (Doc. 32); and

      2. Plaintiff file a response to Defendants' Opposition on or before June 13, 2008.

/////

DATED: May 16, 2008

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation