IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. WILSON,

      Plaintiff,                    Case No. 2:06-cv-00830 ALA (P)

    vs.

MARTIN, et al.,

      Defendants.               **ORDER**

_____/

    This Court ordered Defendants to file a Pretrial Statement on or before May 26, 2008. (Doc. 34). To date, Defendants failed to comply with the Scheduling Order.

    IT IS HEREBY ORDERED that Defendants file a Pretrial Statement on or before July 1, 2008, and show cause why sanctions should not be imposed for failing to file a timely Pretrial Statement.

/////

DATED: June 24, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation

1