IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. WILSON,

      Plaintiff,                    Case No. 2: 06-cv-00830 ALA (P)

  vs.

C/O MARTIN, et al.,

      Defendants.             **ORDER**

_____/

    On December 10, 2007, Plaintiff filed a Motion for Summary Judgment (Doc. 30). In response, Defendants filed an Opposition. (Doc. 32). On April 24, 2008, this Court ordered Plaintiff to reply to Defendants' Opposition. (Doc. 45). Plaintiff advised this Court that he did not receive Defendants' Opposition (Doc. 48). On May 16, 2008, this Court ordered the Clerk's Office to serve Plaintiff a copy of Defendants' Opposition . (Doc.52). This Court also ordered Plaintiff to file a response to the Opposition on or before June 13, 2008. (Doc. 52). To date, Plaintiff failed to file a response.

    Pursuant to Local Rule 78-230, the moving party to a summary judgment motion has "not more than five (5) court days after the opposition is served, plus three (3) days for mailing or electronic service, serve and file a reply to the opposition [to a summary judgment motion]." L.R. 78-230 (m). As illustrated *supra*, this Court allotted more than enough time for Plaintiff to respond to the filed Opposition.

1   Accordingly, it is HEREBY ORDERED that this Court will render a decision on

2   Plaintiff's pending Summary Judgment Motion  without a reply to Defendants' Opposition.

3   /////

4   DATED: July 14, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation