IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. WILSON,

     Plaintiff,                  Case No. 2:06-cv-00830 ALA (P)

    vs.

C/O MARTIN, et al.,

     Defendants.             **ORDER**

_____/

     Plaintiff Melvin Wilson filed a request to postpone the August 26, 2008, trial for four months. (Doc. 61). Plaintiff requests this postponement in light of a scheduled surgery.

     Accordingly, IT IS HEREBY ORDERED that Defendants respond to Plaintiff's filing on or before July 25, 2008.

/////

DATED: July 21, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation