IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. WILSON,

      Plaintiff,                      Case No. 2:06-cv-00830 ALA (P)

    vs.

C/O MARTIN, et al.,

      Defendants.               **ORDER**

_____/

      On July 14, 2008, Plaintiff Wilson filed a request to postpone the August 26, 2008 trial (doc. 61). Plaintiff's request stated that a postponement would allow him to undergo a surgical procedure at U.C. Davis Medical Center. Plaintiff failed to present any evidence of his illness or his scheduled surgery, and therefore, this Court is unable to render a decision.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff file information regarding his illness and scheduled surgical procedure on or before August 4, 2008.

/////

DATED: July 28, 2008

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation