IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. WILSON,

    Plaintiff,   Case No. 2: 06-cv-00830 ALA (P)

    vs.

C/O MARTIN, et al.,

    Defendants.   **ORDER**

_____/

On July 14, 2008, Plaintiff filed a request to postpone the August 26, 2008 jury trial before the undersigned. (Doc. 61). Plaintiff asked for a four-month extension in light of his surgical procedure. Defendants opposed the request arguing that Plaintiff failed to file proof to substantiate his request. (Doc. 63). This Court ordered Plaintiff to file documentation to verify his surgical procedure. (Doc. 64). To date, Plaintiff has failed to comply with this Court's order that he provide the requested information by August 4, 2008.

The Plaintiff is HEREBY ORDERED to file the requested information regarding his alleged surgical procedure on or before August 18, 2008. If Plaintiff fails to comply with this Order, the August 26, 2008, trial date will remain in effect.

DATED: August 11, 2008   /s/ Arthur L. Alarcón
    UNITED STATES CIRCUIT JUDGE
    Sitting by Designation