IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. WILSON,

      Plaintiff,                       Case No. 2: 06-cv-00830 ALA (P)

      vs.

C/O MARTIN, et al.,

      Defendants.                 **ORDER TO SHOW CAUSE**

_____/

      Plaintiff Wilson failed to file his amended pretrial statement as per this Court's order (Doc. 60). Furthermore, Plaintiff Wilson also failed to file any information regarding his illness and surgery, which this Court ordered in response to Plaintiff's request for a postponement of his trial scheduled for August 26, 2008. To be clear, this Court ordered Plaintiff Wilson to file this information twice. (Docs. 64, 66).

      Accordingly, IT IS HEREBY ORDERED that:

      1. The August 26, 2008, trial date is vacated; and

      2. Plaintiff Wilson shall show cause on or before August 22, 2008, why this case should not be dismissed for failing to comply with this Court's orders as per Local Rule 11-110.

DATED: August 19, 2008

                                    /s/ Arthur L. Alarcón
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation